U.S ...
EASTERN DISTRICT-WI
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
'09 OCT 14 P2:53

JON W. SANFILIPPO
CLERK



**09 CR-251**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD H. MANCL

    Defendant.

Case No. 09-CR-
[18 U.S.C. §§ 922(a)(1)(A), 922(g)(9), 923(a), 924(a)(1) and 924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about July 27, 2009, in the State and Eastern District of Wisconsin,

**DONALD H. MANCL,**

having been previously convicted of a misdemeanor crime of domestic violence, knowingly and intentionally possessed twenty-five firearms, which prior to his possession of them, had been transported in interstate or foreign commerce, and the possession of which was therefore in and affecting commerce.

2. The firearms are further described as:

a. Harrington and Richardson, model Ultra, .308 caliber rifle, serial number AN210788;

b. Colt, model Scout, .22 caliber revolver, serial number 124017F;

c. Excam, model Mod TA 38, .38 caliber derringer, serial number L62341;

d. Western Field, model 15, 12 gauge shotgun, bearing no serial number;

e. Winchester, model 94-30, .30 caliber rifle, serial number 1412556;

f. Savage, model Crack Shot, .22 caliber rifle, bearing no serial number;

g. Savage, model Crack Shot, .22 caliber rifle, serial number N761;

h. Savage, model 10, .243 caliber rifle, serial number G462923;

i. Colt, model Light Rifle, .270 caliber rifle, serial number LR002803;

j. Rossi, model 92 SRC, .357 caliber rifle, serial number K100434;

k. Remington, model Speedmaster 552, .22 caliber rifle, serial number A1642499;

l. Stevens, model 311, 12 gauge shotgun, serial number D495143;

m. Remington, model Sportsman 58, 16 gauge shotgun, serial number 114176W;

n. Akkar, model Charles Daly, 12 gauge shotgun, serial number 3109894;

o. Noble, model 800, .410 gauge shotgun, bearing no serial number;

p. Savage, model 93R17, .17 caliber rifle, serial number 0798163;

q. Akkar, model Charles Daly, 12 gauge shotgun, serial number 3503425;

r. Winchester, model 90-22, .22 caliber rifle, serial number 649702A;

s. Tikka, model 695, .270 caliber rifle, serial number 242037;

t. J. Stevens, .22 caliber rifle, serial number Y485;

u. Browning, model Citori, 20 gauge shotgun, serial number 76348NZB33;

v. Beretta, model 686, 12 gauge shotgun, serial number N26264B;

w. Akkar, model Charles Daly, 12 gauge shotgun, serial number 190399;

x. TriStar, Model 411, 28 gauge shotgun, serial number B9740; and

y. Savage, .22 caliber rifle, serial number K180.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 27, 2009, in the State and Eastern District of Wisconsin,

**DONALD H. MANCL,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE NOTICE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(9) set forth in Count One of this Indictment, the defendant, Donald H. Mancl, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of this offense, including, but not limited to:

   a. Harrington and Richardson, model Ultra, .308 caliber rifle, serial number AN210788;

   b. Colt, model Scout, .22 caliber revolver, serial number 124017F;

   c. Excam, model Mod TA 38, .38 caliber derringer, serial number L62341;

   d. Western Field, model 15, 12 gauge shotgun, bearing no serial number;

   e. Winchester, model 94-30, .30 caliber rifle, serial number 1412556;

   f. Savage, model Crack Shot, .22 caliber rifle, bearing no serial number;

   g. Savage, model Crack Shot, .22 caliber rifle, serial number N761;

   h. Savage, model 10, .243 caliber rifle, serial number G462923;

   i. Colt, model Light Rifle, .270 caliber rifle, serial number LR002803;

   j. Rossi, model 92 SRC, .357 caliber rifle, serial number K100434;

   k. Remington, model Speedmaster 552, .22 caliber rifle, serial number A1642499;

   l. Stevens, model 311, 12 gauge shotgun, serial number D495143;

   m. Remington, model Sportsman 58, 16 gauge shotgun, serial number 114176W;

n. Akkar, model Charles Daly, 12 gauge shotgun, serial number 3109894;

o. Noble, model 800, .410 gauge shotgun, bearing no serial number;

p. Savage, model 93R17, .17 caliber rifle, serial number 0798163;

q. Akkar, model Charles Daly, 12 gauge shotgun, serial number 3503425;

r. Winchester, model 90-22, .22 caliber rifle, serial number 649702A;

s. Tikka, model 695, .270 caliber rifle, serial number 242037;

t. J. Stevens, .22 caliber rifle, serial number Y485;

u. Browning, model Citori, 20 gauge shotgun, serial number 76348NZB33;

v. Beretta, model 686, 12 gauge shotgun, serial number N26264B;

w. Akkar, model Charles Daly, 12 gauge shotgun, serial number 190399;

x. TriStar, Model 411, 28 gauge shotgun, serial number B9740; and

y. Savage, .22 caliber rifle, serial number K180.

A TRUE BILL:

FOREPERSON

Date: 10/14/09

MICHELLE L. JACOBS
United States Attorney